**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

_____

DAVID JOHNSON,                        )
                                      )
    Plaintiff,                      )
                                      )
v.                                    ) CASE NO. 1:16-cv-0303-MW-GRJ
                                      )
FLUOR FEDERAL SOLUTIONS, LLC,         )
                                      )
    Defendants.                     )
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- DAVID JOHNSON
- JAY P. LECHNER, ESQ
- WHITTEL & MELTON, LLC
- FLUOR FEDERAL SOLUTIONS, LLC
- BENJAMIN D. SHARKEY, ESQ.
- COLIN A. THAKKAR, ESQ.
- JACKSON LEWIS, P.C.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- NONE

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- NONE

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- DAVID JOHNSON

**I HEREBY** certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,
*/s/ Jay P. Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jason M. Melton, Esq.
Florida Bar No.: 605034
**WHITTEL & MELTON, LLC**
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
Service Email:
lechnerj@theFLlawfirm.com
shelley@theFLlawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  n/a            .

                                                   */s/ Jay P. Lechner*            
                                                   Jay P. Lechner, Esq.